HEATHER E. WILLIAMS, #122664
Federal Defender
ANGELES ZARAGOZA, #270198
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
FRANKLIN HERNANDEZ-HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:13-CR-0132-JAM |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER CONTINUING** |
| | ) | **STATUS CONFERENCE AND EXCLUDING** |
| v. | ) | **TIME** |
| | ) | |
| FRANKLIN HERNANDEZ-HERNANDEZ | ) | DATE:  July 2, 2013 |
| | ) | TIME:  9:45 a.m. |
| Defendant. | ) | JUDGE: Hon. John A. Mendez |
| | ) | |
| _____ | ) | |

FRANKLIN HERNANDEZ-HERNANDEZ by and through his counsel, ANGELES ZARAGOZA, Assistant Federal Defender and NIRAV DESAI, Assistant United States Attorney, hereby agree that the status conference set for June 18, 2013, be continued to July 2, 2013, at 9:45 a.m.

This continuance is being requested because defense counsel requires additional time to receive and review the pre-plea report with the defendant and continue to investigate the defendant's priors.

Counsel, along with the defendant, agree that the time from June 18, 2013 through July 2, 2013, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, §§3161(h)(7)(A)and(B)(iv) and Local Code T4, [reasonable time to prepare] and that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a

speedy trial.

DATED: June 14, 2013       Respectfully submitted,

                            HEATHER E. WILLIAMS
                            Federal Defender

                            /S/ Angeles Zaragoza
                            ANGELES ZARAGOZA
                            Assistant Federal Defender
                            Attorney for Defendant
                            FRANKLIN HERNANDEZ-HERNANDEZ

DATE: June 14, 2013        BENJAMIN B. WAGNER
                            United States Attorney

                            /S/ Angeles Zaragoza for
                            NIRAV DESAI
                            Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that this matter is continued to July 2, 2013, at 9:45 a.m., for further Status Conference.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) and Local Code T4, the period from June 18, 2013 up to and including July 2, 2013, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel, and that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial.

Dated: 6/14/2013           /s/ John A. Mendez
                            JOHN A. MENDEZ
                            United States District Court Judge